UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-14468-CIV-MARRA

MARGARITA ISAAC and ARNICIA ISAAC,
Individually and on behalf of all others
similarly situated,

Plaintiffs,

vs.

AT HOME INN, LLC, d/b/a AT HOME INN-
FT. PIERCE and KEVIN GALLAGHER,

Defendants.
_____/

## **ORDER**

This cause is before the Court upon Plaintiff's Notice of Voluntary Dismissal with Prejudice (DE 19).  This type of dismissal is self-executing.  Upon the filing of such a dismissal, the Court is divested of jurisdiction.  *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1278 (11th Cir. 2012).

Accordingly, it is hereby **ORDERED AND ADJUDGED** that all **PENDING MOTIONS** are **DENIED AS MOOT**.  The Clerk shall **CLOSE** the case.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 4th day of February, 2020.

_____
KENNETH A. MARRA
United States District Judge